■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK COLARUSSO, Appellant. — Appeal by defendant from a judgment of the County Court, Westchester County (Griset, J.), rendered September 9, 1982, convicting him of criminal possession of a weapon in the third degree, upon a plea of guilty, and imposing sentence. ¶ Judgment affirmed. ¶ Prior to acceptance of his plea of guilty, the defendant withdrew all his pretrial motions, decided and undecided alike. Thus, he may not now on appeal raise the issues proffered in those motions. (See *People v Williams,* 36 NY2d 829, cert den 423 US 873; *People v Thomas,* 74 AD2d 317, affd 53 NY2d 338; CPL 710.70, subd 3.) Lazer, J. P., O'Connor, Rubin and Boyers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO DORCH, Appellant. — Judgment of the Supreme Court, Kings County (Starkey, J.), rendered June 11, 1980, affirmed. ¶ Contrary to the implication in appellant's brief, we find, after reviewing the record, that the *Payton* issue had not been preserved for appellate review (see *People v Sellers,* 103 AD2d 784; *People v Jennings,* 94 AD2d 802). Thompson, J. P., Bracken, Boyers and Lawrence, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEROME FLANNERY, Appellant. — Judgment of the County Court, Orange County (Ritter, J.), rendered July 21, 1981, affirmed. (See *People v Anthony,* 24 NY2d 696, 702-703.) Mollen, P. J., Gibbons, Weinstein and Rubin, JJ., concur.